# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:00CR215

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | <u>**O R D E R**</u> |
| ) | |
| ) | |
| **HARVEY CULP, JR.** ) | |

**THIS MATTER** is before the Court *sua sponte*.

On September 26, 2006, the Court ordered the Director of the Mecklenburg County Area Mental Health Center to file a report regarding the mental health status of the Defendant herein. To date, the Director has failed to file such report; however, a review of the Court's docket record indicates a question as to whether or not the September 26, 2006, Order was mailed or made available to the Director.

**IT IS, THEREFORE, ORDERED** that the United States Marshal is directed to make personal service of this Order and the Order filed September 26, 2006, on the Director of the Mecklenburg County Area

Mental Health Center in Charlotte, North Carolina, **FORTHWITH**, and file proof of such service with the Clerk of this Court.

**IT IS FURTHER ORDERED** that the Director file his report as directed by the September 26, 2006, Order, within 15 days from service thereof; his failure to comply with this Order and the terms of the September 26, 2006, Order will subject him to contempt of court proceedings.

**IT IS FURTHER ORDERED** that the Clerk transmit this Order electronically to the United States Attorney, the United States Marshal, the United States Probation Office, and defense counsel.

Signed: December 5, 2006

Lacy H. Thornburg
United States District Judge