IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:00CR215

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | O R D E R |
| ) | |
| HARVEY CULP, JR. ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Court has received a report from the Director of the Mecklenburg County Area Mental Health Center which is in compliance with the Court's September 26, 2006, and December 6, 2006, Orders. No other action is required at this time.

**IT IS SO ORDERED.**

Signed: December 13, 2006

Lacy H. Thornburg
United States District Judge